BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

APR 2 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 2045 W. El Camino Avenue, Apt. 443, Sacramento, CA | CASE NO. 2:15-SW-175 CKD<br><br>APPLICATION AND ORDER FOR UNSEALING SEARCH WARRANT |
|---|---|

On April 15, 2015, a search warrant was filed in the above-referenced case. Since the government has made initial arrests in this case, it is no longer necessary for the search warrant to be sealed. The government respectfully requests that the search warrant and attached affidavit be unsealed.

Dated: April 20, 2015

BENJAMIN B. WAGNER
United States Attorney

By: _____
CHRISTIAN HIGHSMITH
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: April 21, 2015

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

APPLICATION AND ORDER FOR UNSEALING SEARCH
WARRANT.

1